1  SEYFARTH SHAW LLP
   Carolyn A. Knox (SBN: 181317)
2  560 Mission Street, Suite 3100
   San Francisco, California 94105
3  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
4
   Attorneys for Defendant
5  LIFE INSURANCE COMPANY OF NORTH AMERICA and
   CALIFORNIA FEDERAL BANK EMPLOYEE BENEFITS PLAN
6

7  Jesse S. Kaplan (SBN: 103726)
   5441 Fair Oaks Blvd. Ste. C-1
8  Carmichael, CA 95608
   Telephone: (916) 488-3030
9  Facsimile: (916) 489-9297

10 Attorneys for Plaintiff
   GLORIA MCKNIGHT
11

12                     UNITED STATES DISTRICT COURT

13                     EASTERN DISTRICT OF CALIFORNIA

14 GLORIA MCKNIGHT                    ) Case No. CIV S-04-2011 FCD DAD
                                      )
15         Plaintiff,                 ) **STIPULATION OF DISMISSAL OF**
                                      ) **ACTION WITH PREJUDICE,**
16    v.                              ) **PURSUANT TO FED.R.CIV.P. 41(a)**
                                      ) **AND ORDER**
17 LIFE INSURANCE COMPANY OF NORTH    )
   AMERICA, CALIFORNIA FEDERAL BANK   )
18 EMPLOYEE BENEFITS PLAN,            )
                                      )
19         Defendants.                )
                                      )
20 _____    )

21      Plaintiff Gloria McKnight and Defendants Life Insurance Company of North America

22 and California Federal Bank Employee Benefits Plan have reached a resolution of this matter.

23 The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P.

24 41(a). Each party shall bear its own fees and costs.

25 / / /

26 / / /

27 / / /

28 / / /

Stip. of Dismissal with Prejudice and [Proposed] Order/ Case No. S-04-2011 FCD DAD

The parties seek the Court's approval of dismissal of this action with prejudice through the order listed *infra*.

DATED: January __, 2006                     SEYFARTH SHAW LLP


By_____
   Carolyn A. Knox
Attorney for Defendant
LIFE INSURANCE COMPANY OF
NORTH AMERICA and CALIFORNIA
FEDERAL BANK EMPLOYEE
BENEFITS PLAN

DATED:  January __, 2006                    LAW OFFICES OF JESSE S. KAPLAN


By _____
   Jesse S. Kaplan
Attorney for Plaintiff
GLORIA MCKNIGHT

**IT IS SO ORDERED.**

DATED:  February 1, 2006                    /s/ Frank C. Damrell Jr.
                                            The Honorable Frank C. Damrell
                                            United States District Judge

SF1 28228830.1